7J: ;4;F 3



UNITED STATES DEPARTMENT OF COMMERCE
**National Oceanic and Atmospheric Administration**

April 9, 2025

Amy Swan
Resource Administrator
State of Maine, Department of Marine Resources
21 State House Station
Augusta, ME I 04333-0021

Re: *Transformational Habitat Restoration and Connectivity in Downeast Maine*, (FAIN NA24NMFX463C0066)

Dear Ms. Swan,

The purpose of this letter is to notify you that the U.S. Department of Commerce (the "Department") will cease funding *Transformational Habitat Restoration and Connectivity in Downeast Maine* award, (FAIN NA24NMFX463C0066), through the National Oceanic and Atmospheric Administration ("NOAA"), pursuant to to Section 200.340 of the 2 C.F.R. Section 200.340.of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 C.F.R. Part 200), which govern this award of Federal financial assistance.

As part of efforts to streamline and reduce the cost and size of the Federal Government, the Department is reprioritizing funding and staff to support only those activities directly related to its current programmatic goals and mission priorities. After careful review of this award, the Department has determined that *Transformational Habitat Restoration and Connectivity in Downeast Maine* activities are no longer aligned with effectuating these undertakings, nor relevant to the current focus of the Administration's objectives. Specifically, NOAA has concluded that the initial planning and design for this project is an overuse of taxpayer dollars. The stated goal and description of the program—restoration of salt marsh and related effects—fall outside of the current direction NOAA is taking regarding habitat restoration at this time. The program also appears to be better suited for another governmental entity, whether state or federal. Under 2 C.F.R Section 200.340 – *Termination*, "[t]he Federal award may be terminated in part or its entirety as follows: (4) By the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities." To this end, the *Transformational Habitat Restoration and Connectivity in Downeast Maine* award, (FAIN NA24NMFX463C0066), is terminated effective April 9, 2025.

Should you decide to continue project activities beyond this date, you do so at your own risk and will not be reimbursed for any project costs incurred after April 9, 2025. You will be notified in writing concerning close-out instructions for this award.

Respectfully,

Timothy Carrigan
Acting Director, NOAA Grants Management Division