# EXHIBIT 7



Washington, D.C. 20250

April 2, 2025

GOVERNOR JANET MILLS
1 State House Station
Augusta, ME 04333

Dear Governor Mills:

You cannot openly violate federal law against discrimination in education and expect federal funding to continue unabated. Your defiance of federal law has cost your state, which is bound by Title IX in educational programming. Today, I am freezing Maine's federal funds for certain administrative and technological functions in schools. This is only the beginning, though you are free to end it at any time by protecting women and girls in compliance with federal law.

The U.S. Department of Agriculture (USDA) is additionally reviewing all research and education-related funding in Maine for compliance with the Constitution, federal laws including Titles VI and IX, and the priorities of the Trump Administration. Under President Trump's leadership, USDA is ensuring state educational, research, and other entities receiving federal taxpayer funds comply with federal laws or correct and remediate any violations.

In order to continue to receive taxpayer dollars from USDA, the state of Maine must demonstrate compliance with Title IX's protection of female student athletes from having to compete with or against or having to appear unclothed before males.

USDA, alongside other federal agencies, will continue to pause and, where appropriate, terminate categories of education programming in Maine if these Title IX violations are not resolved to the satisfaction of the Federal Government. This pause does not impact federal feeding programs or direct assistance to Mainers; if a child was fed today, they will be fed tomorrow.

In addition, USDA has launched a full review of grants awarded by the Biden Administration to the Maine Department of Education. Many of these grants appear to be wasteful, redundant, or otherwise against the priorities of the Trump Administration. USDA will not extend the Biden Administration's bloated

bureaucracy and will instead focus on a Department that is farmer-first and without a leftist social agenda.

We look forward to the State's cooperation with all federal reviews and future compliance with federal law and policy.

Sincerely,

Brooke L. Rollins
Secretary
U.S. Department of Agriculture