# EXHIBIT ;



132nd Maine Legislature

May 1, 2025

The Honorable Susan Collins
413 Dirksen Senate Office Building
Washington, DC 20510

Dear Senator Collins,

We are writing to you today to provide information from our constituents on how recent actions by the U.S Department of Commerce will harm our communities in Maine. In 2024, Maine Department of Marine Resources was awarded $9 million from a NOAA Transformational Habitat Restoration and Coastal Resilience Grant titled, "Transformational Habitat Restoration and Connectivity in Downeast Maine," (NA24NMFX463C0066). By letter dated April 9, 2025 Maine DMR was notified that the U.S Department of Commerce was terminating the grant award.

The grant funded the replacement of the failing road crossing of Bells Brook on Addison Road, significant road raising, and relocating drinking and septic infrastructure in Addison and Columbia, Maine. We understand that Maine Department of Transportation has inspected the crossing structure and concluded it is in critical condition and needs to be replaced. In addition, we know from our constituents that this road crossing experiences significant flooding repeatedly, including during two back-to-back storms that hit our communities in January of last year. In fact, during the storms last year, a constituent lost her life in the flooding.

The towns in the project area are not only dependent on fisheries but are also critically underserved communities. Addison and Columbia are ranked as "most vulnerable" in Maine's Coastal Risk Explorer that shows social vulnerability to sea level rise in coastal communities. This grant would increase the communities' ability to connect with important transportation routes during flooding and high tide events, protect the safety of residents, reduce the risk of catastrophic structural failure of the Addison Road crossing, and improve water quality. Community resilience will also be supported through population increases of important harvested species in the region, and the associated ecological resilience that results from fish population improvement and habitat restoration.

We have been very impressed in your successful intervention to get funding reinstated for the Maine Sea Grant and other programs. There is no advocate more effective for our

state than you and your office. We would appreciate your efforts getting the Transformational Habitat Restoration and Connectivity in Downeast Maine grant funding reinstated.

Respectfully,

Marianne Moore
State Senate District 6

Tiffany Strout
State House District 11