# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

STATE OF MAINE and )
MAINE DEPARTMENT OF MARINE )
RESOURCES, )
     )
     )
       Plaintiffs, )
     )
       v. )       Civil Action No. 1:25-cv-00324-NT
     )
NATIONAL OCEANIC AND )
ATMOSPHERIC ADMINISTRATION, )
et al., )
     )
     )
       Defendants. )

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR STAY

Plaintiffs are cognizant of the reasons for Defendants' stay request. That said, Plaintiffs cannot abide a lengthy delay in this proceeding and the vindication of their rights due to counsel's lapse in appropriations. Therefore, although Plaintiffs currently take no position on Defendants' request for a stay, should the Court grant that request, Plaintiffs reserve the right to move to lift the stay should the lapse in appropriations persist for longer than thirty days.

Dated: October 2, 2025       Respectfully submitted,

       AARON M. FREY
       Attorney General

       /s/ Jack Dafoe
       JACK DAFOE
       Assistant Attorney General

       JASON ANTON
       Assistant Attorney General

Office of the Attorney General
Six State House Station
Augusta, ME 04333
(207) 626-8800
jack.dafoe@maine.gov
jason.anton@maine.gov

*Counsel for Plaintiffs State of Maine and Maine
Department of Marine Resources*